**Cynthia A. Walters, Esq.**
Snyder Sarno D'Aniello
Maceri & da Costa, LLC
440 Route 22 East, Suite 170
Bridgewater, NJ 08807
Telephone: (908) 927-0200
Fax: (908) 927-0207
Email: cwalters@snydersarno.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GIANCARLO SALDARRIAGA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACHBODY, LLC; John Does 1-10 (fictitious persons); and ABC Corps. 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No.: 1:19-cv-00578-NGG-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

PLEASE TAKE NOTICE that Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Giancarlo Saldarriaga, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed.

Dated:  September 16, 2020

/s/ Cynthia A. Walters
**Cynthia A. Walters, Esq.**
Snyder Sarno D'Aniello
Maceri & da Costa, LLC
440 Route 22 East, Suite 170
Bridgewater, NJ 08807
Telephone: (908) 927-0200
Fax: (908) 927-0207
Email: cwalters@snydersarno.com

SO-ORDERED
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: September 21, 2020